UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAZARO LAGO-LAMADRID,

    Petitioner,

v.

ERIC H. HOLDER, JR., Attorney General of the United States,

    Respondent.

CASE NO. C11-1802-RAJ

ORDER OF DISMISSAL

The Court, having reviewed petitioner's petition for writ of habeas corpus (Dkt. No. 1), the respondent's response (Dkt. No. 11), petitioner's opposition papers (Dkt. Nos. 15 and 16), respondent's reply (Dkt. No. 17) and motion supplemental return and motion to dismiss (Dkt. No. 18), the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Petitioner's petition for writ of habeas corpus (Dkt. No. 1) is DISMISSED as moot, any pending motions are STRICKEN as moot; and

ORDER OF DISMISSAL
PAGE -1

3. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 12th day of March, 2012.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge